■ IRVING SCHACHTER, Appellant, v COMMUNITY SCHOOL BOARD DISTRICT 24 et al., Respondents.—Judgment of the Supreme Court, Queens County, dated December 11, 1984, affirmed, without costs or disbursements, for reasons stated by Justice Goldstein at Special Term. Mollen, P. J., Weinstein, Lawrence and Kunzeman, JJ., concur.